# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 5D2025-0820
LT Case No. 2024-014574-FMCI

———————————————

EVELINA AVERYANOVA,

    Appellant,

    v.

DANIEL DEUTSCH,

    Appellee.

———————————————

Nonfinal appeal from the Circuit Court for Volusia County.
Sandra C. Upchurch, Judge.

Evelina Averyanova, Daytona Beach, pro se.

Brian A. Cantrell, of Buckmaster and Ellzey, Daytona Beach, for
Appellee.

December 23, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EDWARDS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____